ACCEPTED
06-15-00046-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/17/2015 2:50:54 PM
DEBBIE AUTREY
CLERK

# No. 06-15-00046-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/17/2015 2:50:54 PM
DEBBIE AUTREY
Clerk

**In the Court of Appeals**
**For the Sixth Judicial District**
**Sitting at Texarkana, Texas**

---

**EDDIE ANTHONY PATTERSON,**
**Appellant**

**v.**

**TV CHANNEL 25 BROADCAST STATION AND**
**ITS REPORTER ON MARCH 29, 2010,**
**Appellee**

---

Appealed from 170th Judicial District Court
McLennan County, Texas

---

# DESIGNATION OF LEAD AND ADDITIONAL APPELLATE COUNSEL

---

To the Honorable Court of Appeals:

Now comes Centex Television Limited Partnership, the Appellee in the above case, and files this Designation of Lead and Additional Appellate Counsel in

{03684616.DOC / }                           1

this matter.  In support of this Designation, Centex Television Limited Partnership shows as follows:

1.

When this case was first filed in this Court, Jerry Campbell was actively practicing law on a full-time basis.  He received the designation of lead counsel in this matter.  Since this appeal has been filed, Jerry Campbell has reduced his case load.

2.

Neal Pirkle of Naman, Howell, Smith & Lee, P. O. Box 1470, Waco, Texas 76703 (254) 755-4100, facsimile (254) 754-6331, pirkle@namanhowell.com is now the lead counsel for Centex Television Limited Partnership in this matter.

3.

Additional counsel for Centex Television Limited Partnership is Robert R. Little.  His contact information is as follows:  Naman, Howell, Smith & Lee, P. O. Box 1470, Waco, Texas 76703 (254) 755-4100, facsimile (254) 754-6331, little@namanhowell.com.

WHEREFORE, PREMISES CONSIDERED, Centex Television Limited Partnership respectfully requests that the Court and the Parties take notice of this Designation.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, 8th Floor
P. O. Box 1470
Waco, Texas 76703-1470
(254) 755-4100
FAX (254) 754-6331

BY:    /s/ Neal E. Pirkle
        Neal E. Pirkle
        State Bar No. 00794464
        Robert Little
        State Bar No. 24050940

ATTORNEYS FOR APPELLEE

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, at the address shown by placing the same in a properly addressed envelope, postage pre-paid, and mailing the document by first class mail (and by other means stated below) on December 17, 2015.

Mr. Eddie Anthony Patterson
Inmate T.D.C.J. #01635370
C.T. Terrell Unit
1300 FM 655
Rosharon, Texas 77583

*/s/ Neal E. Pirkle*
Neal E. Pirkle

## Certificate of Conference

The below signed attorney for Appellee could not confer with the Appellant pursuant to Texas Rule of Appellate Procedure 10.1 because of Appellant is incarcerated at the C.T. Terrell Unit in Rosharon, Texas.  Therefore, it was impossible to confer with Appellant on this matter.

*/s/ Neal E. Pirkle*
Neal E. Pirkle